635 A.2d 1028

In re DESIGNATION OF VICE–CHAIRMAN OF the PENNSYLVANIA LAWYERS FUND FOR CLIENT SECURITY BOARD.

No. 325–H(4).
Disciplinary Docket No. 1.

Supreme Court of Pennsylvania.

Dec. 13, 1993.

## ORDER

PER CURIAM:

AND NOW, this 13th day of December, 1993, Evans Rose, Jr., Esquire, is hereby designated as Vice–Chairman of the Pennsylvania Lawyers Fund for Client Security Board.